# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSE BRUBAKER AND** | : | |
| **DONALD BRUBAKER,** | : | |
|     **Plaintiffs** | : | |
| | : | No. 1:13-cv-02369 |
| **v.** | : | |
| | : | |
| **AMICA MUTUAL INSURANCE** | : | (Judge Kane) |
| **COMPANY,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 4th day of February 2014, **IT IS HEREBY ORDERED THAT** Plaintiffs' motion to remand (Doc. No. 8) is **DENIED**.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
