**SchmidtKramer**
INJURY LAWYERS

209 State Street
Harrisburg, Pennsylvania 17101
717.888.8888
FAX 717.232.6467
www.schmidtkramer.com

June 19, 2014

FILED ELECTRONICALLY

The Honorable Yvette Kane
Judge Middle District
228 Walnut Street
Harrisburg, PA  17108

**RE:   Burbaker v. Amica
Case No. 1:13-CV-02369-YK**

Dear Judge Kane:

Please accept this letter as confirmation that the above referenced case has resolved. Please enter a standard Order allowing us 60 days to complete the settlement of the case.

Very truly yours,

**SCHMIDT KRAMER PC**

s/Michael E. Kosik
Michael E. Kosik
Attorney at Law

MEK/lat

cc:   Anthony R. Sherr, Esquire
Richard J. Mennies, Esquire